MINNEWAUKON BANK v. HANWAY. (Circuit Court of Appeals, Eighth Circuit. September 18, 1899.) No. 1,326. In Error to the Circuit Court of the United States for the District of North Dakota. John A. Watson, for defendant in error. Docketed and dismissed, with costs, pursuant to the sixteenth rule.

MONROE et al. v. NOBLE. (Circuit Court of Appeals, Eighth Circuit. May 2, 1899.) No. 1,228. In Error to the Circuit Court of the United States for the Western District of Arkansas. Joseph M. Hill and James Brizzolara, for plaintiffs in error. Ira D. Oglesby, for defendant in error. Dismissed, with costs, per stipulation of parties.

MORRIS v. CLARK et al. (Circuit Court of Appeals, Fifth Circuit. December 5, 1899.) No. 809. Appeal from the Circuit Court of the United States for the Northern District of Texas. Dismissed for want of prosecution.

MORTENSEN et al. v. BACON et al. (Circuit Court of Appeals, Eighth Circuit. September 11, 1899.) No. 1,319. Appeal from the Circuit Court of the United States for the District of Wyoming. Edward D. Upham, for appellees. Docketed and dismissed, with costs, pursuant to the sixteenth rule.

MOTT v. SABRE. (Circuit Court of Appeals, Second Circuit. October 25, 1898.) No. 90. In Error to the Circuit Court of the United States for the District of Vermont. Hiram M. Mott, for plaintiff in error. F. W. McGettrick, for defendant in error. Dismissed by consent, pursuant to the twentieth rule. See (C. C.) 88 Fed. 780.

MUTUAL LIFE INS. CO. OF NEW YORK v. ALLEN. (Circuit Court of Appeals, Ninth Circuit. October 2, 1899.) No. 519. In Error to the Circuit Court of the United States for the Northern Division of the District of Washington. Edward Lyman Short, John B. Allen, and R. C. Strudwick (Struve, Allen, Hughes & McMicken and Strudwick & Peters, of counsel), for plaintiff in error. Allen & Allen, for defendant in error. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. This is an action brought upon two policies of insurance on the life of Samuel B. Stewart, each for the sum of $2,500. One premium was paid on each policy when delivered. No other premiums were ever paid. The pleadings in this case, as to forfeiture, are similar to the case of Insurance Co. v. Sears (C. C. A.) 97 Fed. 986. The court sustained a demurrer to the answer, and rendered judgment in favor of defendant in error for $5,091, with interest and costs. Upon the legal principles announced in Insurance Co. v. Hill, Id. 263, and authorities there cited, the judgment of the circuit court is affirmed, with costs.